SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>  Plaintiff,<br><br>  vs.<br><br><br>Holland Holdings III Verner Oaks, LLC<br><br><br>  Defendants | Case No.: CIV.S 10-cv-01488-MCE-GGH<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br><br>Complaint Filed:  JUNE 16, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

1

STIPULATED DISMISSAL and ORDER                              CIV: S-10-cv-01488-MCE-GGH

| | | |
|---|---|---|
| 1 | Dated: December 31, 2010 | GORDON & REES, LLP |
| 2 | | |
| 3 | | /s/Brian Maschler_____ |
| 4 | | BRIAN MASCHLER, |
| 5 | | Attorneys for Defendants, |
| 6 | | Holland Holdings III Verner Oaks, LLC |
| 9 | Dated: December 10, 2010 | DISABLED ACCESS PREVENTS |
| 10 | | INJURY, INC. |
| 12 | | /s/Scott N. Johnson_____ |
| 13 | | SCOTT N. JOHNSON, |
| | | Attorney for Plaintiff |

**IT IS SO ORDERED**.  The Clerk of Court is hereby directed to close this file.

Dated: January 25, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE